IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3004 |
| vs. | |
| DARNELL GORDON, LARRY GORDON, LYLE GORDON, ISAIAH BROWN, CAL MCCOY, BAKARI HUNT, WAKONDA HAZEL, BAJAH PITTMAN, BRENIS VAUGHN, and OMARI MANUEL, | ORDER |
| Defendants. | |

Co-defendant Wakonda Hazel, (Filing No. 104), moved for additional time to review discovery with the Defendant and to decide what pretrial motions, if any, may be necessary. In the motion, Hazel's counsel states that additional time is needed to provide Hazel with effective assistance of counsel. The government did not oppose the continuance. The undersigned magistrate judge entered an order continuing the trial setting and the pretrial motion deadline as to all defendants and excluded the time as to all. (Filing No. 105); See also United States v. Mallett, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants.").

Defendants Lyle Gordon, Brenis Vaughn, and Isaiah Brown have filed objections to the continuance of the trial and pretrial motion deadline in this case. (Filing Nos. 106, 107, and 108). They each demand a speedy trial and request that his case be set for trial immediately.

The court construes the objections as appeals of the Filing No. 105 order of the undersigned magistrate judge. These appeals will be decided by Judge Gerrard.

Accordingly,

IT IS ORDERED:

1) Any briefs by Defendants Lyle Gordon, Brenis Vaughn, and Isaiah Brown in support of their appeals shall be filed on or before May 2, 2017.

2) Any response by the government or by any co-defendant shall be filed on or before May 9, 2017.

3) No reply shall be filed absent leave of the court for good cause shown.

Dated this 25th day of April, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge