IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:17CR3004 |
| vs. | |
| DARNELL GORDON, LARRY GORDON, LYLE GORDON, ISAIAH BROWN, CAL MCCOY, BAKARI HUNT, WAKONDA HAZEL, BAJAH PITTMAN, BRENIS VAUGHN, and OMARI MANUEL, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant Wakonda Hazel's motion, (Filing No. 186), is granted and her brief, (Filing No. 187), is deemed timely filed.

2) Defendant Omari Manuel's objection, (Filing No. 181), is overruled.

3) Defendant Isaiah Brown's motion to continue, (Filing No. 180), is granted. Trial of this case is continued and will be re-scheduled when the pending pretrial motions are resolved.

July 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge