IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARNELL GORDON, et al.,<br><br>    Defendants. | 4:17-CR-3004<br><br>**ORDER** |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue restitution hearings (filing 288) is granted.

2. The restitution hearings currently set for October 18, 2017, and November 8, 2017, are continued to December 21, 2017, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Unless otherwise excused, the defendants shall be present at the hearing.

Dated this 18th day of October, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge