IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>LYLE GORDON,<br><br>    Defendants. | **4:17CR3004**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 597), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   > The defendant shall be released to reside at NOVA, Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the NOVA facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at NOVA by 10:30 a.m. on April 27, 2021. Defense counsel shall communicate with the Marshal to arrange for Defendant's timely release to attend treatment at NOVA.

4) To facilitate this defendant's release to NOVA, the court requests the Marshal to allow Lyle Gordon to remain at the Douglas County Corrections Center until that release.

5) The clerk shall forward a copy of this order to the Marshal.

April 14, 2021.                                BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*
United States Magistrate Judge