IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DARNELL GORDON,<br><br>  Defendant. | 4:17CR3004<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on December 18, 2025 regarding Petition for Offender Under Supervision [699]. Korey Reiman represented the defendant. Matthew Molsen represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 10:00 a.m. on March 26, 2026.

The government requested defendant be released to his pending warrant in the State of Iowa and with no objection from defendant. The defendant shall be released to the U.S. Marshal to be returned to the State of Iowa with regard to his pending warrant.

**IT IS SO ORDERED**.

Dated this 18th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge